In the Matter of the Claim of PETER FOERG, Appellant, against SACKETT & WILHELMS CORPORATION, Respondent. STATE INDUSTRIAL BOARD, Respondent. — Motion for order permitting appellant to continue his appeal herein as a poor person and dispensing with printing of record and points and allowing same to be typewritten, granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL LESSER v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y.— Motion for leave to prosecute appeal on typewritten papers granted. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., dissent.

In the Matter of the Claim of HUGH MURRAY, Claimant, against INTERBOROUGH RAPID TRANSIT COMPANY, Employer, STATE INDUSTRIAL BOARD.— Motion for leave to appeal on typewritten papers granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the TITLE AND MORTGAGE GUARANTY COMPANY OF SULLIVAN COUNTY, NEW YORK, Respondent, v. HARRIET M. KYLE and ARTHUR C. KYLE and THORNTON S. NORRIS, as Surviving Executor, etc., of STODDARD P. NORRIS, Deceased, Appellants.— Motion for leave to appeal as a poor person denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.